**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number 3:17-MJ-506 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| WILLIAM PRIGMORE | : | |
| Defendant. | : | |

_____

### ORDER FOR LIMITED UNSEALING

_____

Upon motion of the United States, and for good cause shown, the United States is hereby authorized to provide Nicholas Gounaris , Counsel for Defendant, a copy of the sealed Criminal Complaint, Affidavit and Arrest Warrant for review with his client, William Prigmore, without further dissemination or copying of these items. Further, these items shall remain under seal until such time as ordered by the Court.

October 24, 2017

s/Michael J. Newman
_____
Michael J. Newman
United States Magistrate Judge